UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                    Case No. 08-cr-129-01-SM

<u>Anthony Rabbia, et al</u>

O R D E R

    Defendant's assented-to motion to continue the trial (document no. 22) is granted. Trial has been rescheduled for the June 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 24, 2009. On the filing of such waiver, his continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:       June 5, 2009 at 4:30 PM

Jury Selection:                  June 16, 2009 at 9:30 AM

SO ORDERED.

April 13, 2009                   _____
                                 Steven J. McAuliffe
                                 Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal