UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                  Case No. 08-cr-129-01-SM

<u>Anthony Rabbia</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 31) is granted. Trial has been rescheduled for the January 2010 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than July 27, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:      January 13, 2010 at 4:30 PM

    Jury Selection:                    January 20, 2010 at 9:30 AM

    SO ORDERED.

July 17, 2009                        _____
                                          Steven J. McAuliffe
                                          Chief  Judge

cc:   Counsel of Record
      U. S. Probation
      U. S. Marshal