UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                               Case No. 08-cr-129-01-SM

<u>Anthony Rabbia</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 45) is granted. Trial has been rescheduled for the May 2010 trial period. Defendant has file a waiver of speedy trial.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Final Pretrial Conference or Change of Plea: | April 19, 2010 at 1:30 PM |
| Jury Selection: | May 18, 2010 at 9:30 AM |

SO ORDERED.

March 12, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal