UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Case No. 08-cr-129-01 SM

<u>Anthony Rabbia</u>

<u>O R D E R</u>

The defendant, through counsel, has moved to continue the trial scheduled for July 20, 2010 and the change of plea hearing scheduled for July 16, 2010 for a period of 45 days, citing a scheduling conflict. The government does object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from July 20, 2010 to September 21, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. The defendant shall file a waiver of speedy trial not later than July 22, 2010.

| | |
|---|---|
| Change of Plea: | August 26, 2010 at 11:30 AM |
| or | |
| Final Pretrial Conference: | September 10, 2010 at 4:30 PM |
| Jury Selection: | September 21, 2010 at 9:30 AM |

SO ORDERED.

July 13, 2010

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal